No. 1246. ASSOCIATION OF DATA PROCESSING SERVICE ORGANIZATIONS, INC., ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL. C. A. 8th Cir. Certiorari granted. *Milton R. Wessel* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for Camp, and *Fallon Kelly* for American National Bank & Trust Co., respondents.

No. 1925, Misc. BRADY *v.* UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1064 [394 U. S. 956]. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 2083, Misc. BUIE *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1473 [*Minor v. United States, ante,* p. 932]. *Solicitor General Griswold* for the United States.

No. 916. VARITIMOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Murray H. Falk* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.